IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADC TECHNOLOGY INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:10-cv-3930 |
| | ) | |
| UNITED STATES CELLULAR | ) | |
| CORPORATION, HIGH TECH | ) | Judge Charles P. Kocoras |
| COMPUTER CORP. a/k/a HTC CORP., | ) | Magistrate Judge Geraldine Soat Brown |
| HTC AMERICA, INC., EXEDEA INC. | ) | |
| and T-MOBILE USA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **PLAINTIFF'S MOTION FOR PARTIAL DISMISSAL WITH PREJUDICE**

Plaintiff ADC Technology Inc. ("ADC"), pursuant to Fed. R. Civ. P. 41(a)(2), having reached a settlement with HTC, respectfully moves the Court for an order dismissing Plaintiff's claims against three defendants, High Tech Computer Corp. a/k/a HTC Corp., HTC America, Inc., and Exedea Inc. (collectively "HTC"), with prejudice and with each party to bear its own fees and costs.

The case remains pending against defendants United States Cellular Corp. and T-Mobile USA, Inc.

Respectfully submitted,

/s/ Patrick F. Solon
Raymond P. Niro
Dean D. Niro
Patrick F. Solon
Richard B. Megley, Jr.
NIRO, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
ATTORNEYS FOR ADC TECHNOLOGY INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **PLAINTIFF'S MOTION FOR PARTIAL DISMISSAL WITH PREJUDICE** was filed with the Clerk of the Court onDecember 17, 2010 using the CM/ECF system, which will send notification of such filing to the following at their email address on file with the Court:

Kara E. F. Cenar
(kara.cenar@bryancave.com)
Mariangela M. Seale
(merili.seale@bryancave.com)
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Tel: (312) 602-5000
Fax: (312) 602-5050

Mark R. Weinstein
(mweinstein@cooley.com)
Heidi L. Keefe
(hkeefe@cooley.com)
Kyle D. Chen
(Kyle.chen@cooley.com)
Cooley LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306-2155
Tel: (650) 843-5000
Fax: (650) 857-0663

**ATTORNEYS FOR UNITED STATES CELLULAR CORPORATION, HIGH TECH COMPUTER CORP. a/k/a HTC CORP., HTC AMERICA, INC. and EXEDEA INC.**

Ramsey M. Al-Salam
(RAlsalam@perkinscoie.com)
Ryan J. McBrayer
(RMcBrayer@perkinscoie.com)
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Tel: (206) 359-8000
Fax: (206) 359-9000

Brandy R. McMillion
(BMcMillion@perkinscoie.com)
Perkins Coie LLP
131 S. Dearborn, Suite 1700
Chicago, IL 60612
Tel: (312) 324-8587
Fax: (312) 324-9587

**ATTORNEYS FOR T-MOBILE USA, INC.**

/s/ Patrick F. Solon