# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 3930 | **DATE** | 1/27/2011 |
| **CASE TITLE** | ADC Technology, Inc. vs. U.S. Cellular Corp. et al | | |

**DOCKET ENTRY TEXT**

Status and motion hearing held on 1/27/2011. Plaintiff's motion (Doc [41]) for dismissal with prejudice as to defendants High Tech Computer Corp. a/k/a HTC Corp., HTC America, Inc. and Exedea, Inc. is granted. Plaintiff's motions (Docs [46] and [48]) to dismiss T-Mobile USA, Inc. and United States Cellular Corporation without prejudice, are granted. Said dismissals without prejudice will become dismissals with prejudice as of 12/31/2011 unless the complaint has been reinstated against those defendants, or the time to reinstate has been extended by the Court. All other pending motions, if any, are denied as moot.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | SCT |
|---|---|---|